**Order entered April 8, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00203-CR**

**EX PARTE KURNICUS HAYES**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. WX20-93394-T**

## ORDER

Appellant has filed a notice of appeal seeking review of the trial court's denial of his post-conviction application for writ of habeas corpus.[1] This is an accelerated appeal governed by Texas Rule of Appellate Procedure 31.

The Dallas County District Clerk has filed the clerk's record in this appeal. Because the trial court's order denying relief indicates no hearing was held on the writ application, we will not order any action from the court reporter.

The trial court's certification of the right to appeal filed with the clerk's record does not bear the signature of the trial court judge. We **ORDER** the trial

---

[1] The notice of appeal reflects it was filed with the Dallas County District Clerk on December 29, 2020. The notice of appeal was transmitted to the Clerk of the Court for filing on appeal on March 31, 2021.

court to prepare and file, within **FOURTEEN DAYS** of the date of this order, a certification of appellant's right to appeal.

Pursuant to rule of appellate procedure 31.1(a), briefing is conducted according to the usual briefing schedules. *See* TEX. R. APP. P. 31.1(a). Appellant's brief is due on May 3, 2021. The State's brief shall be due thirty days after appellant's brief is filed. After the record and briefs have been filed, the Court will notify the parties of the submission date and panel.

We **DIRECT** the Clerk to send copies of this order to the Honorable Lela D. Mays, Presiding Judge, 283rd Judicial District Court; and counsel for all parties.

/s/    ERIN A. NOWELL
JUSTICE